# In the United States Court of Federal Claims

**OFFICE OF SPECIAL MASTERS**

```
* * * * * * * * * * * * * * * * * * * * * * * *
KAREN FALCONIO,                  *
                                 *   No. 17-1510V
            Petitioner,          *   Special Master Christian J. Moran
                                 *
v.                               *
                                 *   Filed:  July 9, 2019
SECRETARY OF HEALTH              *
AND HUMAN SERVICES,              *   Entitlement, dismissal
                                 *
            Respondent.          *
* * * * * * * * * * * * * * * * * * * * * * * *
```

### ORDER CONCLUDING PROCEEDINGS[1]

On July 3, 2019, petitioner filed a joint stipulation of dismissal pursuant to Vaccine Rule 21(a)(1)(B) in the above-captioned case. Petitioner reserved her rights to seek attorneys' fees and costs, and respondent reserved his rights to oppose those fees and costs.

Accordingly, pursuant to Vaccine Rule 21(a)(2), the above-captioned case is hereby **dismissed without prejudice**. The Clerk of the Court is hereby instructed that a **judgment shall not enter** in the instant case pursuant to Vaccine Rule 21(a)(3).

**IT IS SO ORDERED**.

                                                      s/Christian J. Moran
                                                      Christian J. Moran
                                                      Special Master

---

[1] The E-Government Act, 44 U.S.C. § 3501 note (2012) (Federal Management and Promotion of Electronic Government Services), requires that the Court post this order on its website (https://www.uscfc.uscourts.gov/aggregator/sources/7). Thus, anyone with internet access will be able to view this order. Pursuant to Vaccine Rule 18(b), the parties have 14 days to file a motion proposing redaction of medical information or other information described in 42 U.S.C. § 300aa-12(d)(4). Any redactions ordered by the special master will appear in the document posted on the website.